UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ERIC BROADUS,

                    Defendant.



No. 17-cr-787-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the government shall file a response by Wednesday, May 20, 2020, setting forth its position on defendant's motion for compassionate release from custody (ECF No. 59).

SO ORDERED.

Dated:     May 18, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation